THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK RAPID TRANSIT CORPORATION, Respondent, *v.* MICHAEL F. LOUGHMAN et al., Constituting the State Tax Commission, Appellants.

(Argued June 5, 1929; decided July 11, 1929.)

*Hamilton Ward,* Attorney-General (*Henry S. Manley* and *Wendell P. Brown* of counsel), for appellants.

*D. A. Marsh* and *George D. Yeomans* for respondent.

*Alfred T. Davison* and *Addison B. Scoville* for Third Avenue Railway Company, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.